**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____   Chapter   **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/22**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Burts Construction, Inc** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | _7_  _6_ – _0_  _2_  _9_  _9_  _4_  _3_  _0_ |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **26117 State Highway 249**<br>Number    Street | <br>Number    Street |
| | P.O. Box |
| **Tomball**        **TX**   **77375**<br>City                State    ZIP Code | <br>City                State    ZIP Code |
| **Harris**<br>County | **Location of principal assets, if different from principal place of business** |
| | <br>Number    Street |
| | <br>City                State    ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **www.burtsconstruction.com** |
| 6. | Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **Burts Construction, Inc** _____     Case number (if known) _____

| | |
|---|---|
| **7.** **Describe debtor's business** | *A. Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

__2__  __3__  __7__  __9__

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11.   *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor  **Burts Construction, Inc**_____    Case number (if known) _____

| | | | |
|---|---|---|---|
| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ☑ No | |
| | | ☐ Yes. District _____ When _____ Case number _____ |
| | | | MM / DD / YYYY |
| | If more than 2 cases, attach a separate list. | District _____ When _____ Case number _____ |
| | | | MM / DD / YYYY |
| | | District _____ When _____ Case number _____ |
| | | | MM / DD / YYYY |

| | | | |
|---|---|---|---|
| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☑ No | |
| | | ☐ Yes. Debtor _____ Relationship _____ |
| | List all cases. If more than 1, attach a separate list. | District _____ When _____ |
| | | | MM / DD / YYYY |
| | | Case number, if known _____ |
| | | Debtor _____ Relationship _____ |
| | | District _____ When _____ |
| | | | MM / DD / YYYY |
| | | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

06/20/2022 11:17:47am

Debtor  **Burts Construction, Inc** _____     Case number (if known) _____

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**  *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                            Number      Street

_____

_____
City                                        State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

            Contact name _____

            Phone _____

---

### ▮ Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☑ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,000-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor  **Burts Construction, Inc**                                    Case number (if known) _____

| | |
|---|---|
| **Request for Relief, Declaration, and Signatures** | |

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **06/20/2022**
MM / DD / YYYY

X **/s/ Katherine Burts**
Signature of authorized representative of debtor

**Katherine Burts**
Printed name

**President**
Title

**18. Signature of attorney**

X **/s/ Julie M. Koenig**                Date  **06/20/2022**
Signature of attorney for debtor                MM / DD / YYYY

**Julie M. Koenig**
Printed name

**Cooper & Scully, P.C.**
Firm name

**815 Walker St.**
Number        Street

**Suite 1040**

| | | |
|---|---|---|
| **Houston** | **TX** | **77002** |
| City | State | ZIP Code |

| | |
|---|---|
| **(713) 236-6800** | **julie.koenig@cooperscully.com** |
| Contact phone | Email address |
| **14217300** | **TX** |
| Bar number | State |

B2030 (Form 2030) (12/15)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

In re  **Burts Construction, Inc**

Case No.  _____

Chapter  **11**  _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept...........................Hourly: Estimated Total  __**$35,000.00**__

Prior to the filing of this statement I have received........................................................  __**$15,000.00**__

Balance Due..........................................................................Hourly: Approximately  __**$20,000.00**__

2. The source of the compensation paid to me was:
   ☑ Debtor        ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor        ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d. [Other provisions as needed]

**Preparation, filing and representation of cash collateral motions**
**Preparation, filing and representation during disclosure statement and plan confirmation process;**
**Preparation, filing and representation during claims objection process**

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

<table>
<tr><td colspan="2" align="center">CERTIFICATION</td></tr>
<tr><td colspan="2">    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.</td></tr>
<tr>
<td><b>06/20/2022</b><br><i>Date</i></td>
<td><b>/s/ Julie M. Koenig</b><br><i>Julie M. Koenig</i>        Bar No.  14217300<br>Cooper & Scully, P.C.<br>815 Walker St.<br>Suite 1040<br>Houston, TX 77002<br>Phone: (713) 236-6800 / Fax: (713) 236-6880</td>
</tr>
</table>

**/s/ Katherine Burts**

*Katherine Burts*
*President*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Burts Construction, Inc**                                          CASE NO

CHAPTER     **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  6/20/2022 _____          Signature   **/s/ Katherine Burts** _____
                                                                          **Katherine Burts**
                                                                          **President**


Date _____                        Signature   _____

A QUALITY TRUCKING & DIRT SERVICES LLC
PO Box 35959
Houston, TX 77235-5959


ACT PIPE & SUPPLY, INC.
P.O. Box 301282
Dallas, TX 75303-1282


Action Rental
31411 FM 2920
Waller, TX 77484


Affordable Erosion
PO Box 681
Tomball, TX 77377


Affordable Fire Safety
3522 Bramble Fern Place
Katy, TX 77449


Alamo Concrete Products Co
PO Box 843912
Dallas, TX 75824-3912


Allegiance Bank
8727 W. Sam Houston Pkwy North
Houston, TX 77040


Allterra Central
200 E Huntland Drive
Austin, TX 78752


Archive Supplies, Inc.
Attn: Accounts Receivable
8925 Sterling St. Suite 150
Irving, TX 75063

ASAP TRAILER SERVICE AND SUPPLY
16330 FM 2920
Tomball, TX 77377


AT&T
P.O. BOX 6463
Carol Stream, IL 60197


ATR Engineering
16420 Park Ten Place Suite 450
Houston, TX 77084


Attorney General
Department of Justice
10th and Constitution Ave N.W.
Rm. 400
Washington, D.C. 20530

ATTORNEY GENERAL
TAX DIV. - BANKRUPTCY
POB 12548
AUSTIN, TX  78711


Badger Daylighting Corp
PO Box 95000
LB# 1627
Philadelphia, PA 19195-0001


BANK OF AMERICA
P.O. Box 851001
Dallas, TX 75285-1001


Benningfield Steel Fabrication, LLC
P.O. Box 328
Hockley, TX 77447


Bottom Line Equipment LLC
PO Box 81217
Lafayette, LA 70598

```
BOWEN, MICLETTE & BRITT, INC.
PO BOX 922022
HOUSTON, TX 77292


Brandon Burts
24051 LLOYD LN
HOCKLEY, TX 77447


BTG - Violations
PO Box 4440
Dept 9
Houston, TX 77210-4440


BURTS RANCH SERVICES LLC
26117 HWY 249
TOMBALL, TX 77375


Buyers Barricades
P.O. Box 733731
Dallas, TX 75373-3731


CANA TIRE, INC
2233 Clinton Drive
P.O. BOX 663
Galena Park, TX 77547


CAPITAL ONE  Acct 9297
P.O. BOX 60599
CITY OF INDUSTRY, CA 91716-0599


CAPITAL ONE - Acct 3190
P.O. Box 60599
City of Industry, CA 91716-0599


Chase Bank
PO Box 6026
Chicago, IL 60680
```

Chase Card Services
PO Box 6294
Carol Stream, IL 60197-6294


CHERRY INDUSTRIES, INC
P.O. BOX 735480
DALLAS, TX 75373-5480


City Of Brackettville
PO Box 526
Brackettville, TX 78832-0526


CMC Construction Services
PO Box 844573
Dallas, TX 75284-4573


COKINOS / YOUNG
FOUR HOUSTON CENTER
1221 LAMAR STREET, 16TH FLOOR
HOUSTON, TX 77010


Comcast
PO Box 60533
City of Industry, CA 91716-0533


Construction Career Collaborative
Attn: Accreditation Program
P.O. Box 920920
Houston, TX 77292


Contractors Paving Supply LLC
PO Box 2368
Stafford, TX 77497


D & D SUPPLY
P.O. BOX 1057
SPRING, TX 77383-1057

De Lage Landen Financial Services, Inc
PO Box 41602
Philadelphia, PA 19101-1602


De Lage Landen Financial Services, Inc
1111 Old Eagle School Rd
Wayne, PA 19087


DEL RIO FEED & SUPPLY
111 East Gibbs Street
Del Rio, TX 78840


Delta Daylighting LLC
2832 Appelt Dr
Houston, TX 77015


DIRECT TV
PO BOX 105261
ATLANTA, GA 30348-5261


ELLIOTT ELECTRIC
P. O. Box 630610
Nacogdoches, TX 75963


FEDEX
P.O BOX 660481
DALLAS, TX 75266-0481


Fort Bend County Toll Road Authority
PO Box 622002
Dallas, TX 75262-2002


Fortson & Company, PC
2702 Jackson St
Houston, TX 77004

```
FOUR SEASONS EQUIPMENT, INC.
DEPT #42089
PO BOX 650823
DALLAS, TX 75265-0823


Frontier Communications
PO Box 740407
Cincinnati, OH 45274-0407


GAV AIR
P.O. Box 1039
Needville, TX 77461


GEOSHACK, INC
PO BOX 676329
Dallas, TX 75267-6291


GFL Environmental
P. O. Box 4524
Houston, TX 77210-4524


Glen Hardwick
PO Box 753131
Houston, TX 77275


GOLD STAR EXTERMINATORS
109 BAUER AVENUE
DEL RIO, TX 78840


H & E Equipment Services, INC
PO Box 849850
Dallas, TX 75284


HANES GEO COMPONENTS
L&P FINANCIAL SERVICES CO.
P. O. BOX 60984
CHARLOTTE, NC 28260
```

Harris County
c/o John Dillman
PO Box3064
Houston, TX  77253-3064


HARRIS COUNTY/CITY OF HOUSTON
C/O BANKRUPTCY DEPT
PO BOX 3064
HOUSTON, TX  77253-3064


Hasten Energy Solutions
405 N. Post Oak
Houston, TX 77024


HCTRA
PO Box 4440
Dept 8
Houston, TX 77210-4440


HECTOR J GONZALEZ.
1601 LAUREL OAKS
RICHMOND, TX 77469


HERC RENTALS INC.
P.O. BOX 936257
ATLANTA, GA 31193


HLAVINKA EQUIPMENT CO.
PO BOX 1335
EAST BERNARD, TX 77435


HOLT HELCOPTERS, INC.
PO BOX 1669
UVALDE, TX 78802-1669


HOME DEPOT CREDIT SERVICES
DEPT.32 - 2149297628
PO BOX 9001030
LOUISVILLE, KY 40290-1030

Howard Diesel Performance LLC
PO Box 131105
Spring, TX 77393


Husch Blackwell LLP
PO Box 790379
Saint Louis, MO 63179


INDUSTRIAL MATT CO.
P.O. BOX 896
CLUTE, TX 77531


Installed Building Products (691)
PO Box 164120
Columbus, OH 43216


Internal Revenue Service
1919 Smith St.
Stop 5024 HOU
Houston, TX 77002


Internal Revenue Service
Insolvency Department
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
STOP 6692 AUSC
Austin, TX 73301-0030


IPFS Corporation
1055 Broadway
11th Floor
Kansas City, MO 64105


Irish Star Construction
29343 Alba Rose Dr.
Spring, TX 77386

IRS
PO BOX 149047
AUSTIN, TX  78714


IRS
8701 S. GESSNER
HOUSTON, TX  77074


John Deere
PO Box 6600
Johnston, IA 50131-6600


Just In Time Services & Rentals LLC
25A Scenic Loop Rd
Boerne, TX 78006


Katherine Burts
31118 Alice Ln
Tomball, TX 77375-4059


KEITH AMOS
23102 COULTER PINE CT
TOMBALL, TX 77375


Komatsu Financial
P.O. Box 99303
Chicago, IL 60693-9303


Komatsu Financial
8770 Bryn Mawr Ave
Suite 100
Chicago, IL 60631


KTJ Bulldozer & Construction, LLC
9090 Red Stag Ln
Conroe, TX 77303

Lance Rental Company LP
Dept 497 P.O. Box 4346
Houston, TX 77210


LANSDOWNE-MOODY
8445 East Freeway
Houston, TX 77029


Lehigh Hanson
15620 Collections Center Dr
Chicago, IL 60693


Leonard Burts
31118 ALICE LN
TOMBALL, TX 77375


Leonard Burts
31118 Alice Ln
Tomball, TX 77375-4059


LHOIST NORTH AMERICA of TEXAS, LTD.
5274 PAYSPHERE CIRCLE
CHICAGO, IL 60674


LIMECO INC.
P.O. BOX 2435
Pearland, TX 77588-2435


LOWES BUSINESS ACCOUNT
P.O. BOX 4596
CAROL STREAM, IL 60197-4596


Lube Zone, Inc.
8000 Norman Center Dr
Suite 1050
Bloomington, MN 55437

Lyssy & Eckel Feeds
P.O. Box 324
Poth, TX 78147


Martin Marietta
PO Box 677061
Dallas, TX 75267-7061


Martinez Steel
P.O. Box 1034
Sealy, TX 77474


MCTRA-Violations
PO Box 4440
DEPT 8
Houston, TX 77210-4440


MICHEL AUTO CARE
12205 HOLDERREITH
Tomball, TX 77375


Moffitt Caswell Southern Trucking, LLC
P. O. Box 2214
Decatur, AL 35609-2214


Moffitt Services
PO Box 4820
Houston, TX 77210-4820


MOORE SUPPLY COMPANY
P.O. BOX 951949
DALLAS, TX 75395-1949


Mustang Cat
PO Box 4346 Dept 144
Houston, TX 77210-4346

Nomad Construction Innovations LLC
402 Tall Pines Dr
Magnolia, TX 77354


NORTHWEST AIRPORT MANAGEMENT
20803 STUEBNER AIRLINE ROAD
SPRING, TX 77379


O'REILLY AUTOMOTIVE STORES, INC.
P. O. BOX 9464
SPRINGFIELD, MO 65801-9464


O.V. Casey Plumbing, Inc.
PO Box 1807
Uvalde, TX 78802


Occupational Health Centers of Southwest
 Southwest, P. A.
PO Box 9005
Addison, TX 75001-9005


PARK ENVIRONMENTAL EQUIPMENT, LTD
PARKUSA
PO BOX 200193
DALLAS, TX 75320-0193


Pavertime Pavers & General Construction
2115 Hoskins
Houston, TX 77080


PHILADELPHIA INSURANCE COMPANIES
PO BOX 70251
PHILADELPHIA, PA 19176-0251


PICO PETROLEUM - DEL RIO
DBA PICO PETROLEUM PRODUCTS
P.O. BOX 1309
DEL RIO, TX 78841

PIERSON & PIERSON
122 WEST DAVIS ST. , SUITE 110
CONROE, TX 77301-2570


Plains State Bank
19404 Kenswick Drive
Humble, TX 77338


POWERPLAN ""OIB""
21310 Network Place
Chicago, IL 60673-1213


Prime Dumpster Inc
80 Industrial Dr., Suite 101
Gilberts, IL 60136


PROFESSIONAL WELDING SUPPLY
P.O. BOX 19811
HOUSTON, TX 77224-9811


ProTex Steel Buildings
PO Box 1170
Pinehurst, TX 77362


Raven Heavy Haul, LLC
P.O Box 792
Pinehurst, TX 77362


RIO GRANDE ELECTRIC COOPERATIVE, INC
P.O. BOX 1509
BRACKETTVILLE, TX 78832-1509


RL Utilities, Inc.
3900 Underwood Road
LaPorte, TX 77571

ROADRUNNER ENERGY
2621 EAST MAIN
UVALDE, TX 78801


Salus Consulting Services, LLC
25 Regency Pt
Montgomery, TX 77356


SECURITIES AND EXCHANGE
COMMISSION
450 FIFTH STREET NW
WASHINGTON, DC 20549


Skelton Business Equipment
3930 FM 1960 Rd East
Humble, TX 77338


Smart Air Conditioning
701 E 14th St
Del Rio, TX 78840


Southcoast Earth Materials LLC
7946 CEDEL DR.
HOUSTON, TX 77055


Southern Dock Products
P.O. Box 840602
Dallas, TX 75284-0602


SOUTHERN UTILITIES
P. O. BOX 691001
HOUSTON, TX 77269


Spring Creek Contracting, LLC.
PO Box 690029
Houston, TX 77269

SS Constructors Inc.
P.O. Box 2045
Humble, TX 77347-2045


Star Concrete Pumping
Dept 79, PO Box 4283
Houston, TX 77210-4283


STEVE GELDERSMA
31610 TALL GRASS LN
FULSHEAR, TX 77441


Stewart Builders, Inc.
dba Keystone Concrete/Sitework
16575 Village Dr
Houston, TX 77040


Stylecraft Products, LLC
2621 Karbach Street
Houston, TX 77092


SUMMIT EQUIPMENT
11339 CUTTEN ROAD
HOUSTON, TX 77066


SUN COAST Resources, Inc.
P. O. BOX 735606
DALLAS, TX 75373-5606


SUNBELT RENTALS, INC.
P.O. BOX 409211
ATLANTA, GA 30384-9211


Sundance Business Consultants, LLC
16441 Squyres Rd
Spring, TX 77379

SUNSTATE EQUIPMENT CO.
P.O. BOX 208439
DALLAS, TX 75320-8439


Supreme Dump Trucks & Trailers LLC
10639 Clodine Rd Ste B
Richmond, TX 77407


TANKS ALOT
P. O. BOX 962
TOMBALL, TX 77377-0962


TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
111 E. 17TH STREET
AUSTIN, TX 78774-0100
Attn:  Bankruptcy Dept


Texas Materials Group, Inc.
1320 Arrow Point Dr Suite 600
Cedar Park, TX 78613


TEXAS MUTUAL INSURANCE COMPANY
ATTEN: POLICY ACCOUNTING
P.O. BOX 841843
DALLAS, TX 75284-1843


Texas Workforce Commission
PO Box 149037
Austin, Texas  78714-9037


Tire & Wheel Connection
11330 FM 1960 West
Houston, TX 77065


TOMBALL RENTAL CENTER
27219 Tomball Parkway (Bus. 249)
TOMBALL, TX 77375

```
TOTAL LIME
P.O. Box 841144
Pearland, TX 77584



Totz Ellison & Totz PC
2211 Norfolk Suite 510
Houston, TX 77098



Twister Waste Inc.
7227 Hermann Rd
Houston, TX 77050



TX TAG
P.O.Box 650749
Dallas, TX 75265-0749



U.S. Attorney's Office
Southern District of Texas
1000 Louisiana, Ste. 2300
Houston, TX 77002


UHS Premium Billing
PO Box 94017
Palatine, IL 60094-4017



UNITED RENTALS + RSC EQUIPMENT RENTAL
P.O. BOX 840514
DALLAS, TX 75284-0514



US Bank Equipment Finance
1310 Madrid Street
Marshall, MN 56258



VERIZON WIRELESS
P. O. BOX 660108
DALLAS, TX 75266-0108
```

VULCAN/ICA DISTRIBUTION CO.
P.O BOX 849131
DALLAS, TX 75284-9131


W. GENE HUMAN, JR.
2245 TEXAS DR. SUITE 300
SUGAR LAND, TX 77479


Wells Fargo Equipment Finance
800 Walnut Street
Des Moines, Iowa 50309


Wells Fargo Financial Leasing
PO Box 77096
Minneapolis, MN 55480-7796


WM Corporate Services, Inc.
As Payment Agent
PO Box 660345
Dallas, TX 75266-0345


WM TRUCKING & EXCAVATING INC
25400 JACK RD
HOCKLEY, TX 77447