IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BURTS CONSTRUCTION, INC. | § | CASE NO. 22-31700 |
|     Debtor | § | (Chapter 11) |
| | § | JUDGE LOPEZ |

## Motion for Entry of Final Decree Pursuant to Federal Bankruptcy Rule 3022
### [Refers to Docket No. 187]

**This motion seeks an order that may adversely affect you. If you oppose the motion, you should immediately contact the moving party to resolve the dispute. If you and the moving party cannot agree, you must file a response and send a copy to the moving party. You must file and serve your response within 21 days of the date this was served on you. Your response must state why the motion should not be granted. If you do not file a timely response, the relief may be granted without further notice to you. If you oppose the motion and have not reached an agreement, you must attend the hearing. Unless the parties agree otherwise, the court may consider evidence at the hearing and may decide the motion at the hearing.**

**Represented parties should act through their attorney.**

**TO THE HONORABLE CHRISTOPHER LOPEZ, UNITED STATES BANKRUPTCY JUDGE:**

Burts Construction, Inc., Debtor-in-Possession herein, files this Motion for Entry of Final Decree Pursuant to Federal Bankruptcy Rule 3022 (the "Motion"), and in support thereof would show this Court as follows:

1. The Order Confirming Plan was entered on August 2, 2023, at Docket No. 187.

2. Counsel's Final Fee Application was approved on October 24, 2023, at Docket No. 195.

3. The Debtor's Post-Confirmation Certificate was filed on March 5, 2024, at Docket No. 205.

4. The Debtor has funds on hand to pay the quarterly fees for the first quarter of 2024.

5. All receivables have been collected with the exception of those owed by ADB Commercial Construction, Inc. in the amount of $5,000.00. The Debtor has determined that the cost of collection exceeds the amount in controversy and should be abandoned to the unsecured creditors of the Estate in accordance with Class 6 under the confirmed plan.

6. The Debtor has substantially consummated its plan and has distributed the funds to its unsecured creditors in accordance with the confirmed plan. A list of the distributions by creditor, amount and percentage is attached hereto as Exhibit 1.

7. The Debtor is requesting that this Court enter the Final Decree in this case.

Respectfully submitted this 5th day of March, 2024.

**COOPER & SCULLY, PC.**

By:       */s/  Julie M. Koenig*
Julie M. Koenig
SBA# 14217300
815 Walker, Suite 1040
Houston, Texas 77002
713/236-6800 (Telephone)
713/236-6880 (Telecopier)
Julie.Koenig@cooperscully.com

Attorneys for the Debtor

**Certificate of Service**

I hereby certify that a true and correct copy of the foregoing has been served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on the 5th day of March, 2024.

By: */s/  Julie M. Koenig*
Julie M. Koenig

Burts Construction Inc.
Creditor Distribution Schedule

| | TOTAL OWED | % of Total | Amount to Pay | Check No |
|---|---:|---:|---:|---:|
| A QUALITY TRUCKING & DIRT SERVICES LLC | $ 294,547.65 | 10.30% | $ 92,464.99 | 4419 |
| ACT PIPE & SUPPLY, INC. | $ 509.83 | 0.02% | $ 160.05 | 4420 |
| Action Rental | $ 3,494.09 | 0.12% | $ 1,096.87 | 4421 |
| Affordable Erosion | $ 1,850.00 | 0.06% | $ 580.76 | 4422 |
| Affordable Fire Safety | $ 562.90 | 0.02% | $ 176.71 | 4423 |
| Allterra Central | $ 3,017.04 | 0.11% | $ 947.12 | 4424 |
| Archive Supplies, Inc. | $ 1,129.72 | 0.04% | $ 354.64 | 4425 |
| ATR Engineering | $ 5,730.00 | 0.20% | $ 1,798.77 | 4426 |
| Badger Daylighting Corp | $ 10,746.06 | 0.38% | $ 3,373.42 | 4427 |
| BANK OF AMERICA | $ 3,264.70 | 0.11% | $ 1,024.86 | 4428 |
| Benningfield Steel Fabrication, LLC | $ 19,675.33 | 0.69% | $ 6,176.52 | 4429 |
| Bottom Line Equipment LLC | $ 1,840.49 | 0.06% | $ 577.77 | 4430 |
| BOWEN, MICLETTE & BRITT, INC. | $ 2,617.00 | 0.09% | $ 821.53 | 4431 |
| BrightPortal Resources, LLC | $ 715.45 | 0.03% | $ 224.60 | 4432 |
| BTG - Violations | $ 23.25 | 0.00% | $ 7.30 | 4433 |
| BURTS RANCH SERVICES LLC | $ 27,100.00 | 0.95% | $ 8,507.29 | 4434 |
| Buyers Barricades | $ 3,716.22 | 0.13% | $ 1,166.60 | 4435 |
| CANA TIRE, INC | $ 2,374.49 | 0.08% | $ 745.40 | 4436 |
| CAPITAL ONE - Acct 3190 | $ 17,356.53 | 0.61% | $ 5,448.60 | 4437 |
| CAPITAL ONE  Acct 9297 | $ 21,422.14 | 0.75% | $ 6,724.88 | 4438 |
| Chase Card Services | $ 133,073.93 | 4.65% | $ 41,774.84 | 4439 |
| CMC Construction Services | $ 19,759.60 | 0.69% | $ 6,202.97 | 4440 |
| COKINOS / YOUNG | $ 16,020.00 | 0.56% | $ 5,029.03 | 4441 |
| Construction Career Collaborative | $ 2,046.00 | 0.07% | $ 642.28 | 4442 |
| Contractors Paving Supply LLC | $ 3,375.00 | 0.12% | $ 1,059.49 | 4443 |
| D & D SUPPLY | $ 115,089.35 | 4.02% | $ 36,129.08 | 4444 |
| DEL RIO FEED & SUPPLY | $ 6,822.79 | 0.24% | $ 2,141.82 | 4445 |
| Delta Daylighting LLC | $ 3,297.40 | 0.12% | $ 1,035.13 | 4446 |
| DL Glover Inc | $ 8,000.00 | 0.28% | $ 2,511.38 | 4447 |
| ELLIOTT ELECTRIC | $ 15,536.23 | 0.54% | $ 4,877.16 | 4448 |
| Fortson & Company, PC | $ 6,790.00 | 0.24% | $ 2,131.53 | 4449 |
| FOUR SEASONS EQUIPMENT, INC. | $ 7,300.65 | 0.26% | $ 2,291.83 | 4450 |
| Frontier Communications | $ 404.60 | 0.01% | $ 127.01 | 4451 |
| GAV AIR | $ 2,625.00 | 0.09% | $ 824.05 | 4452 |
| GEOSHACK, INC | $ 165.35 | 0.01% | $ 51.91 | 4453 |
| Glen Hardwick | $ 5,871.41 | 0.21% | $ 1,843.16 | 4454 |
| GOLD STAR EXTERMINATORS | $ 433.00 | 0.02% | $ 135.93 | 4455 |
| H & E Equipment Services, INC | $ 48,469.52 | 1.69% | $ 15,215.65 | 4456 |
| HANES GEO COMPONENTS | $ 1,731.38 | 0.06% | $ 543.52 | 4457 |
| Hasten Energy Solutions | $ 28,720.24 | 1.00% | $ 9,015.92 | 4458 |
| HCTRA | $ 1,019.00 | 0.04% | $ 319.89 | 4459 |
| HERC RENTALS INC. | $ 19,981.85 | 0.70% | $ 6,272.74 | 4460 |
| HLAVINKA EQUIPMENT CO. | $ 2,634.82 | 0.09% | $ 827.13 | 4461 |
| HOLT HELCOPTERS, INC. | $ 5,238.00 | 0.18% | $ 1,644.32 | 462 |
| HOME DEPOT CREDIT SERVICES | $ 33,912.69 | 1.19% | $ 10,645.94 | 4463 |
| Howard Diesel Performance LLC | $ 2,593.48 | 0.09% | $ 814.15 | 4464 |
| INDUSTRIAL MATT CO. | $ 10,352.78 | 0.36% | $ 3,249.97 | 4465 |
| Installed Building Products (691) | $ 6,875.00 | 0.24% | $ 2,158.21 | 4466 |
| Irish Star Construction | $ 159,715.67 | 5.58% | $ 50,138.26 | 4467 |
| Just In Time Services & Rentals LLC | $ 7,300.35 | 0.26% | $ 2,291.74 | 4468 |
| KEITH AMOS | $ 2,004.50 | 0.07% | $ 629.26 | 4469 |
| Lance Rental Company LP | $ 17,245.28 | 0.60% | $ 5,413.67 | 4470 |
| LANSDOWNE-MOODY | $ 23.15 | 0.00% | $ 7.27 | 4471 |
| Lehigh Hanson | $ 26,340.53 | 0.92% | $ 8,268.87 | 4472 |
| LHOIST NORTH AMERICA of TEXAS, LTD. | $ 32,945.05 | 1.15% | $ 10,342.18 | 4473 |
| LM Rents | $ 142.84 | 0.00% | $ 44.84 | 4474 |

Exhibit 1    Page 1 of 3

Burts Construction Inc.
Creditor Distribution Schedule

| | TOTAL OWED | % of Total | Amount to Pay | Check No |
|---|---|---|---|---|
| LOWES BUSINESS ACCOUNT | $ 6,397.31 | 0.22% | $ 2,008.26 | 4475 |
| Lube Zone, Inc. | $ 459.39 | 0.02% | $ 144.21 | 4476 |
| Lyssy & Eckel Feeds (AGPAY) | $ 69,136.65 | 2.42% | $ 21,703.52 | 4477 |
| Martin Marietta | $ 1,602.29 | 0.06% | $ 502.99 | 4478 |
| Martinez Steel | $ 12,086.64 | 0.42% | $ 3,794.26 | 4479 |
| MCTRA-Violations | $ 16.48 | 0.00% | $ 5.17 | 4480 |
| Moffitt Caswell Southern Trucking, LLC | $ 5,347.65 | 0.19% | $ 1,678.75 | 4481 |
| Moffitt Services | $ 56,809.04 | 1.99% | $ 17,833.61 | 4482 |
| MOORE SUPPLY COMPANY | $ 869.40 | 0.03% | $ 272.92 | 4483 |
| Mustang Cat | $ 669.91 | 0.02% | $ 210.30 | 4484 |
| Nomad Construction Innovations LLC | $ 1,596.50 | 0.06% | $ 501.18 | 4485 |
| NORTHWEST AIRPORT MANAGEMENT | $ 10,449.53 | 0.37% | $ 3,280.34 | 4486 |
| O'REILLY AUTOMOTIVE STORES, INC. | $ 3,610.83 | 0.13% | $ 1,133.52 | 4487 |
| O.V. Casey Plumbing, Inc. | $ 597.00 | 0.02% | $ 187.41 | 4488 |
| Occupational Health Centers of Southwest | $ 687.00 | 0.02% | $ 215.66 | 4489 |
| PARK ENVIRONMENTAL EQUIPMENT, LTD | $ 13,299.32 | 0.46% | $ 4,174.95 | 4490 |
| PICO PETROLEUM - DEL RIO | $ 3,182.03 | 0.11% | $ 998.91 | KB |
| PIERSON & PIERSON | $ 9,358.00 | 0.33% | $ 2,937.68 | 4491 |
| Prime Dumpster Inc | $ 629.00 | 0.02% | $ 197.46 | 4492 |
| PROFESSIONAL WELDING SUPPLY | $ 4,379.38 | 0.15% | $ 1,374.78 | 4493 |
| ProTex Steel Buildings | $ 7,456.00 | 0.26% | $ 2,340.60 | 4494 |
| Raven Heavy Haul, LLC | $ 1,075.00 | 0.04% | $ 337.47 | 4495 |
| RL Utilities, Inc. | $ 81,242.56 | 2.84% | $ 25,503.83 | 4496 |
| ROADRUNNER ENERGY | $ 850.50 | 0.03% | $ 266.99 | 4497 |
| Salus Consulting Services, LLC | $ 13,415.00 | 0.47% | $ 4,211.26 | 4498 |
| Skelton Business Equipment | $ 2,886.60 | 0.10% | $ 906.17 | 4499 |
| Southcoast Earth Materials LLC | $ 6,080.00 | 0.21% | $ 1,908.65 | 4500 |
| Southern Dock Products | $ 21,135.47 | 0.74% | $ 6,634.89 | 4501 |
| Spring Creek Contracting, LLC. | $ 4,040.00 | 0.14% | $ 1,268.24 | 4502 |
| SS Constructors Inc. | $ 63,824.00 | 2.23% | $ 20,035.76 | 4503 |
| Star Concrete Pumping | $ 7,187.60 | 0.25% | $ 2,256.35 | 4504 |
| STEVE GELDERSMA | $ 21,717.00 | 0.76% | $ 6,817.44 | 4505 |
| Stewart Builders, Inc. | $ 46,000.00 | 1.61% | $ 14,440.41 | 4506 |
| Stylecraft Products, LLC | $ 1,209.61 | 0.04% | $ 379.72 | 4507 |
| SUMMIT EQUIPMENT | $ 97,742.40 | 3.42% | $ 30,683.49 | 4508 |
| SUN COAST Resources, Inc. | $ 10,487.31 | 0.37% | $ 3,292.20 | 4509 |
| SUNBELT RENTALS, INC. | $ 29,391.13 | 1.03% | $ 9,226.52 | 4510 |
| SUNSTATE EQUIPMENT CO. | $ 16,620.70 | 0.58% | $ 5,217.60 | 4511 |
| TANKS ALOT | $ 514.20 | 0.02% | $ 161.42 | 4512 |
| Texas Materials Group, Inc. | $ 48,558.28 | 1.70% | $ 15,243.51 | 4513 |
| Tire & Wheel Connection | $ 389.41 | 0.01% | $ 122.24 | 4514 |
| TOMBALL RENTAL CENTER | $ 1,304.89 | 0.05% | $ 409.63 | 4515 |
| TOTAL LIME | $ 3,591.90 | 0.13% | $ 1,127.58 | 4516 |
| Twister Waste Inc. | $ 37,069.35 | 1.30% | $ 11,636.88 | 4517 |
| TX TAG | $ 880.67 | 0.03% | $ 276.46 | 4518 |
| UHS Premium Billing | $ 20,038.02 | 0.70% | $ 6,290.38 | 4519 |
| UNITED RENTALS + RSC EQUIPMENT RENTAL | $ 283,826.56 | 9.92% | $ 89,099.40 | KB |
| VULCAN/ICA DISTRIBUTION CO. | $ 1,178.79 | 0.04% | $ 370.05 | 4418 |
| W. GENE HUMAN, JR. | $ 69,498.52 | 2.43% | $ 21,817.11 | 4417 |
| WM TRUCKING & EXCAVATING INC | $ 376,666.00 | 13.17% | $ 118,243.75 | 4416 |
| William Minero Note | $ 207,973.00 | 7.27% | $ 65,287.30 | 4415 |
| TOTAL | $ 2,860,583.15 | 100.00% | $ 898,000.00 | |

| CASH AVAILABLE TO DISBURSE | $ 898,000.00 | 31.39% | | |

Items paid by K Burts personally

Exhibit 1

Page 2 of 3

Burts Construction Inc.
Creditor Distribution Schedule

| | TOTAL OWED | % of Total | Amount to Pay | Check No |
|---|---|---|---|---|

| **Feb 21,2024** | | |
|---|---|---|
| Cash in Bank | $ | 918,235 |
| 2-19 Cks | $ | (3,540) |
| Payables | $ | (17,400) |
| K Burts | $ | 2,000 |
| Unexpected Charges | $ | (1,000) |
| Balance to Distribute | $ | 898,295 |

Exhibit 1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 22-31700<br>Southern District of Texas<br>Houston<br>Tue Mar  5 13:46:27 CST 2024 | ADB Commercial Construction, Inc.<br>Peckar & Abramson, PC<br>1717 West Loop South<br>Suite 1400<br>Houston, TX 77027-3072 | Ag Pay, LLC<br>c/o Ronald A. Simank<br>Schauer & Simank, P.C.<br>615 N. Upper Broadway<br>Suite 700<br>Corpus Christi, TX 78401-0857 |
| Allegiance Bank<br>The Walker Firm<br>PO Box 62<br>125 N. Main Street<br>Jasper, TX 75951-4111 | Badger Infrastructure Solutions<br>Atwell, Curtis & Brooks, LTD<br>204 Stonehinge Lane<br>PO Box 363<br>Carlie Place, NY 11514-0363 | Burts Construction, Inc<br>26117 State Highway 249<br>Tomball, TX 77375-7356 |
| Cooper & Scully, PC<br>815 Walker, Suite 1040<br>Houston, TX 77002-5776 | Elliott Electric Supply, Inc.<br>c/o Misti L. Beanland, Esq.<br>Matthews. Shiels, Knott, LLP<br>8131 LBJ Freeway<br>Suite 700<br>Dallas, TX 75251-1352 | Harris County<br>Linebarger Goggan Blair & Sampson LLP<br>C/O Jeannie Lee Andresen<br>P.O. Box 3064<br>Houston, Tx 77253-3064 |
| KLEIN INDEPENDENT SCHOOL DISTRICT<br>1235 N LOOP WEST SUITE 600<br>HOUSTON, TX 77008-1772 | Komatsu Financial L.P.<br>c/o Wright Law Group PLLC<br>P.O. Box 105603<br>PMB 84356<br>Atlanta, GA 30348-5603 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Summit Equipment Co., Inc.<br>11339 Cutten Road<br>Houston, TX 77066-3705 | Synchrony Bank by AIS InfoSource, LP as agen<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Texas Comptroller of Public Accounts, Revenu<br>John Mark Stern<br>c/o Sherri K. Simpson, Paralegal<br>P.O. Box 12548<br>Austin, TX 78711-2548 |
| The Huntington National Bank<br>c/o Eric Hull<br>1405 Xenium Lane North (PCC180)<br>Plymouth, MN 55441-4408 | U.S. Bank National Association d/b/a U.S. Ba<br>Lam, Lyn & Philip P.C.<br>6213 Skyline Drive<br>Suite 2100<br>Houston, TX 77057-7027 | 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 |
| A QUALITY TRUCKING & DIRT SERVICES LLC<br>PO Box 35959<br>Houston, TX 77235-5959 | ACT PIPE & SUPPLY, INC.<br>P.O. Box 301282<br>Dallas, TX 75303-1282 | ASAP TRAILER SERVICE AND SUPPLY<br>16330 FM 2920<br>Tomball, TX 77377-6175 |
| AT&T<br>P.O. BOX 6463<br>Carol Stream, IL 60197-6463 | ATR Engineering<br>16420 Park Ten Place Suite 450<br>Houston, TX 77084-5051 | ATTORNEY GENERAL<br>TAX DIV. - BANKRUPTCY<br>POB 12548<br>AUSTIN, TX 78711-2548 |
| Action Rental<br>31411 FM 2920<br>Waller, TX 77484-8154 | Affordable Erosion<br>PO Box 681<br>Tomball, TX 77377-0681 | Affordable Fire Safety<br>3522 Bramble Fern Place<br>Katy, TX 77449-8606 |
| Ag Pay, LLC<br>Von A Jones, Attorney at Law<br>1250 NE Loop 410<br>Ste 808<br>San Antonio, TX 78209-1525 | Alamo Concrete Products Co<br>PO Box 34210<br>San Antonio, TX 78265-4210 | Allegiance Bank<br>8727 W. Sam Houston Pkwy North<br>Houston, TX 77040-5191 |

| | | |
|---|---|---|
| Allterra Central<br>200 E Huntland Drive<br>Austin, TX 78752-3704 | Archive Supplies, Inc.<br>Attn: Accounts Receivable<br>8925 Sterling St. Suite 150<br>Irving, TX 75063-2564 | Attorney General<br>Department of Justice<br>10th and Constitution Ave N.W.<br>Rm. 400<br>Washington, D.C. 20530-0001 |
| BANK OF AMERICA<br>P.O. Box 851001<br>Dallas, TX 75285-1001 | BOWEN, MICLETTE & BRITT, INC.<br>PO BOX 922022<br>HOUSTON, TX 77292-2022 | BSF Holdings, LLC<br>15903 Rosethorn Ct.<br>Cypress, TX 77429-3492 |
| BTG - Violations<br>PO Box 4440<br>Dept 9<br>Houston, TX 77210-4440 | BURTS RANCH SERVICES LLC<br>26117 HWY 249<br>TOMBALL, TX 77375-7356 | Badger Daylighting Corp<br>c/o Atwell Curtis & Brooks<br>204 Stonehinge Lane<br>Carle Place, NY 11514-1718 |
| Benningfield Steel Fabrication, LLC<br>P.O. Box 328<br>Hockley, TX 77447-0328 | Bottom Line Equipment LLC<br>PO Box 81217<br>Lafayette, LA 70598-1217 | Brandon Burts<br>24051 LLOYD LN<br>HOCKLEY, TX 77447-7640 |
| Buyers Barricades<br>P.O. Box 733731<br>Dallas, TX 75373-3731 | CANA TIRE, INC<br>2233 Clinton Drive<br>P.O. BOX 663<br>Galena Park, TX 77547-0663 | CAPITAL ONE  Acct 9297<br>P.O. BOX 60599<br>CITY OF INDUSTRY, CA 91716-0599 |
| CAPITAL ONE - Acct 3190<br>P.O. Box 60599<br>City of Industry, CA 91716-0599 | CHERRY INDUSTRIES, INC<br>P.O. BOX 735480<br>DALLAS, TX 75373-5480 | CMC Construction Services<br>PO Box 844573<br>Dallas, TX 75284-4573 |
| COKINOS / YOUNG<br>FOUR HOUSTON CENTER<br>1221 LAMAR STREET, 16TH FLOOR<br>HOUSTON, TX 77010-3039 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Cellco Partnership dba Verizon Wireless<br>c/o William M. Vermette<br>22001 Loudoun County pkwy<br>Ashburn, VA 20147-6122 |
| (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | City Of Brackettville<br>PO Box 526<br>Brackettville, TX 78832-0526 | Comcast<br>PO Box 60533<br>City of Industry, CA 91716-0533 |
| Comptroller of Public Accounts<br>C/O Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin TX  78711-2548 | Construction Career Collaborative<br>Attn: Accreditation Program<br>P.O. Box 920920<br>Houston, TX 77292-0920 | Contractors Paving Supply LLC<br>PO Box 2368<br>Stafford, TX 77497-2368 |
| CoreStates Construction Services, Inc.<br>Dredeir Roberts, Esquire<br>201 S. Maple Avenue<br>Suite 300<br>Ambler, PA 19002-5534 | D & D SUPPLY<br>P.O. BOX 1057<br>SPRING, TX 77383-1057 | DEL RIO FEED & SUPPLY<br>111 East Gibbs Street<br>Del Rio, TX 78840-4621 |

| | | |
|---|---|---|
| DIRECT TV<br>PO BOX 105261<br>ATLANTA, GA 30348-5261 | (p)DE LAGE LANDEN FINANCIAL<br>ATTN LITIGATION & RECOVERY<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE PA 19087-1453 | Delta Daylighting LLC<br>2832 Appelt Dr<br>Houston, TX 77015-6554 |
| ELLIOTT ELECTRIC<br>P. O. Box 630610<br>Nacogdoches, TX 75963-0610 | Elliott Electric Supply, Inc.<br>c/o Misti Beanland<br>8131 LBJ Freeway, Suite 700<br>Dallas, TX 75251-1352 | FEDEX<br>P.O BOX 660481<br>DALLAS, TX 75266-0481 |
| FOUR SEASONS EQUIPMENT, INC.<br>DEPT #42089<br>PO BOX 650823<br>DALLAS, TX 75265-0823 | Fort Bend County Toll Road Authority<br>PO Box 622002<br>Dallas, TX 75262-2002 | Fortson & Company, PC<br>2702 Jackson St<br>Houston, TX 77004-1241 |
| Frontier Communications<br>PO Box 740407<br>Cincinnati, OH 45274-0407 | GAV AIR<br>P.O. Box 1039<br>Needville, TX 77461-1039 | GEOSHACK, INC<br>PO BOX 676329<br>Dallas, TX 75267-6329 |
| GFL Environmental<br>P. O. Box 4524<br>Houston, TX 77210-4524 | GOLD STAR EXTERMINATORS<br>109 BAUER AVENUE<br>DEL RIO, TX 78840-3048 | Glen Hardwick<br>PO Box 753131<br>Houston, TX 77275-3131 |
| H & E Equipment Services, INC<br>7500 Pecue Lane<br>Baton Rouge, LA 70809-5107 | HANES GEO COMPONENTS<br>L&P FINANCIAL SERVICES CO.<br>P. O. BOX 60984<br>CHARLOTTE, NC 28260-0984 | HARRIS COUNTY/CITY OF HOUSTON<br>C/O BANKRUPTCY DEPT<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 |
| HCTRA<br>PO Box 4440<br>Dept 8<br>Houston, TX 77210-4440 | HECTOR J GONZALEZ.<br>1601 LAUREL OAKS<br>RICHMOND, TX 77469-4832 | HERC RENTALS INC.<br>P.O. BOX 936257<br>ATLANTA, GA 31193-6257 |
| HLAVINKA EQUIPMENT CO.<br>PO BOX 1335<br>EAST BERNARD, TX 77435-1335 | HOLT HELCOPTERS, INC.<br>PO BOX 1669<br>UVALDE, TX 78802-1669 | HOME DEPOT CREDIT SERVICES<br>DEPT.32 - 2149297628<br>PO BOX 9001030<br>LOUISVILLE, KY 40290-1030 |
| Harris County<br>c/o John Dillman<br>PO Box3064<br>Houston, TX  77253-3064 | Harris County, et al<br>c/o Jeannie Lee Andresen<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, Tx 77253-3064 | Hartwell Industries, Inc.<br>P.O. Box 36589<br>Houston, TX 77236-6589 |
| Hasten Energy Solutions<br>405 N. Post Oak<br>Houston, TX 77024-5913 | Howard Diesel Performance LLC<br>PO Box 131105<br>Spring, TX 77393-1105 | Husch Blackwell LLP<br>PO Box 790379<br>Saint Louis, MO 63179-0379 |

| | | |
|---|---|---|
| Husch Blackwell LLP<br>c/o Mark T. Benedict<br>4801 Main Street<br>Suite 1000<br>Kansas City, MO 64112-2551 | INDUSTRIAL MATT CO.<br>P.O. BOX 896<br>CLUTE, TX 77531-0896 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| (p)IPFS CORPORATION<br>30 MONTGOMERY STREET<br>SUITE 1000<br>JERSEY CITY NJ 07302-3836 | IRS<br>8701 S. GESSNER<br>HOUSTON, TX 77074-2915 | Installed Building Products (691)<br>PO Box 164120<br>Columbus, OH 43216-4120 |
| Internal Revenue Service<br>Insolvency Department<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Irish Star Construction<br>29343 Alba Rose Dr.<br>Spring, TX 77386-7070 | (p)DEERE CREDIT SERVICES  INC<br>ATTN LITIGATION & RECOVERY DEPARTMENT<br>PO BOX 6600<br>JOHNSTON IA 50131-6600 |
| John Deere Construction & Forestry Company<br>c/o Teri H Kelley<br>6750 West Loop S., Ste 920<br>Bellaire, TX 77401-4117 | John Deere Financial, f.s.b.<br>c/o Teri H Kelley<br>6750 West Loop S. Ste 920<br>Bellaire, TX 77401-4117 | Just In Time Services & Rentals LLC<br>25A Scenic Loop Rd<br>Boerne, TX 78006-8299 |
| KEITH AMOS<br>23102 COULTER PINE CT<br>TOMBALL, TX 77375-1149 | KLEIN INDEPENDENT SCHOOL DISTRICT<br>C/O HARRIS COUNTY TAX ASSESSOR-COLLECTOR<br>1235 NORTH LOOP WEST, SUITE 600<br>Houston TX 77008-1772 | KTJ Bulldozer & Construction, LLC<br>9090 Red Stag Ln<br>Conroe, TX 77303-1662 |
| Katherine Burts<br>31118 Alice Ln<br>Tomball, TX 77375-4059 | (p)KOMATSU AMERICA CORP<br>ATTN BEA BARRY<br>8770 W BRYN MAWR AVENUE STE 100<br>CHICAGO IL 60631-3782 | (p)KOMATSU FINANCIAL LIMITED PARTNERSHIP<br>1701 W GOLF ROAD SUITE 1-300<br>ROLLING MEADOWS IL 60008-4208 |
| LANSDOWNE-MOODY<br>8445 East Freeway<br>Houston, TX 77029-1698 | LHOIST NORTH AMERICA of TEXAS, LTD.<br>5274 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674-0052 | LIMECO INC.<br>P.O. BOX 2435<br>Pearland, TX 77588-2435 |
| LOWES BUSINESS ACCOUNT<br>P.O. BOX 4596<br>CAROL STREAM, IL 60197-4596 | Lance Rental Company LP<br>Dept 497 P.O. Box 4346<br>Houston, TX 77210-4346 | Lehigh Hanson<br>15620 Collections Center Dr<br>Chicago, IL 60693-0001 |
| Leonard Burts<br>31118 ALICE LN<br>TOMBALL, TX 77375-4059 | Lube Zone, Inc.<br>8000 Norman Center Dr<br>Suite 1050<br>Bloomington, MN 55437-1582 | Lyssy & Eckel Feeds<br>P.O. Box 324<br>Poth, TX 78147-0324 |
| MCTRA-Violations<br>PO Box 4440<br>DEPT 8<br>Houston, TX 77210-4440 | MICHEL AUTO CARE<br>12205 HOLDERREITH<br>Tomball, TX 77375-7321 | MOORE SUPPLY COMPANY<br>P.O. BOX 951949<br>DALLAS, TX 75395-1949 |

| | | |
|---|---|---|
| Martin Marietta<br>PO Box 677061<br>Dallas, TX 75267-7061 | Martinez Steel<br>P.O. Box 1034<br>Sealy, TX 77474-1034 | Moffitt Caswell Southern Trucking, LLC<br>P. O. Box 2214<br>Decatur, AL 35609-2214 |
| Moffitt Services<br>PO Box 4820<br>Houston, TX 77210-4820 | Mustang Cat<br>PO Box 4346 Dept 144<br>Houston, TX 77210-4346 | NORTHWEST AIRPORT MANAGEMENT<br>20803 STUEBNER AIRLINE ROAD<br>SPRING, TX 77379-5470 |
| Nomad Construction Innovations LLC<br>402 Tall Pines Dr<br>Magnolia, TX 77354-4093 | O'REILLY AUTOMOTIVE STORES, INC.<br>P. O. BOX 9464<br>SPRINGFIELD, MO 65801-9464 | O.V. Casey Plumbing, Inc.<br>PO Box 1807<br>Uvalde, TX 78802-1807 |
| Occupational Health Centers of Southwest<br>Southwest, P. A.<br>PO Box 9005<br>Addison, TX 75001-9005 | PARK ENVIRONMENTAL EQUIPMENT, LTD<br>PARKUSA<br>PO BOX 200193<br>DALLAS, TX 75320-0193 | PHILADELPHIA INSURANCE COMPANIES<br>PO BOX 70251<br>PHILADELPHIA, PA 19176-0251 |
| PICO PETROLEUM - DEL RIO<br>DBA PICO PETROLEUM PRODUCTS<br>P.O. BOX 1309<br>DEL RIO, TX 78841-1309 | PIERSON & PIERSON<br>122 WEST DAVIS ST. , SUITE 110<br>CONROE, TX 77301-2571 | POWERPLAN ''OIB''<br>21310 Network Place<br>Chicago, IL 60673-1213 |
| PROFESSIONAL WELDING SUPPLY<br>P.O. BOX 19811<br>HOUSTON, TX 77224-9811 | Paradigm Construction, LLC<br>26865 I-45 North, Suite 300<br>The Woodlands, TX 77380 | Pavertime Pavers & General Construction<br>2115 Hoskins<br>Houston, TX 77080-5421 |
| Plains State Bank<br>19404 Kenswick Drive<br>Humble, TX 77338-8147 | Plains State Bank<br>c/o Arsalan Muhammad<br>Haynes and Boone, LLP<br>1221 McKinney Street, Suite 4000<br>Houston, TX 77010-2008 | Prime Dumpster Inc<br>80 Industrial Dr., Suite 101<br>Gilberts, IL 60136-9103 |
| ProTex Steel Buildings<br>PO Box 1170<br>Pinehurst, TX 77362-1170 | (p)RIO GRANDE ELECTRIC COOPERATIVE INC<br>ATTN ZOILA CAMPOS<br>PO BOX 1509<br>BRACKETTVILLE TX 78832-1509 | RL Utilities, Inc.<br>3900 Underwood Road<br>LaPorte, TX 77571-3930 |
| ROADRUNNER ENERGY<br>2621 EAST MAIN<br>UVALDE, TX 78801-4998 | Raven Heavy Haul, LLC<br>P.O Box 792<br>Pinehurst, TX 77362-0792 | S.S. Constructors, Inc.<br>c/o T. Josh Judd<br>Andrews Myers, P.C.<br>1885 Saint James Place, 15th Floor<br>Houston, Texas 77056-4175 |
| SECURITIES AND EXCHANGE<br>COMMISSION<br>450 FIFTH STREET NW<br>WASHINGTON, DC 20549-0006 | SOUTHERN UTILITIES<br>P. O. BOX 691001<br>HOUSTON, TX 77269-1001 | SS Constructors Inc.<br>P.O. Box 2045<br>Humble, TX 77347-2045 |

| | | |
|---|---|---|
| STEVE GELDERSMA<br>617 Paradise Ln<br>Palacios, TX 77465-2136 | SUN COAST Resources, Inc.<br>P. O. BOX 735606<br>DALLAS, TX 75373-5606 | SUNBELT RENTALS, INC.<br>P.O. BOX 409211<br>ATLANTA, GA 30384-9211 |
| SUNSTATE EQUIPMENT CO.<br>P.O. BOX 208439<br>DALLAS, TX 75320-8439 | Salus Consulting Services, LLC<br>25 Regency Pt<br>Montgomery, TX 77356-9094 | Skelton Business Equipment<br>3930 FM 1960 Rd East<br>Humble, TX 77338-5310 |
| Smart Air Conditioning<br>701 E 14th St<br>Del Rio, TX 78840-7851 | Southcoast Earth Materials LLC<br>7946 CEDEL DR.<br>HOUSTON, TX 77055-1502 | Southern Dock Products<br>P.O. Box 840602<br>Dallas, TX 75284-0602 |
| Spring Creek Contracting, LLC.<br>PO Box 690029<br>Houston, TX 77269-0029 | Star Concrete Pumping<br>Dept 79, PO Box 4283<br>Houston, TX 77210-4283 | Stewart Builders, Inc.<br>dba Keystone Concrete/Sitework<br>16575 Village Dr<br>Houston, TX 77040-1124 |
| Stylecraft Products, LLC<br>2621 Karbach Street<br>Houston, TX 77092-8009 | Sundance Business Consultants, LLC<br>16441 Squyres Rd<br>Spring, TX 77379-7272 | Supreme Dump Trucks & Trailers LLC<br>10639 Clodine Rd Ste B<br>Richmond, TX 77407-8687 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | TANKS ALOT<br>P. O. BOX 962<br>TOMBALL, TX 77377-0962 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>111 E. 17TH STREET<br>AUSTIN, TX 78774-0100<br>Attn:  Bankruptcy Dept |
| TEXAS MUTUAL INSURANCE COMPANY<br>ATTEN: POLICY ACCOUNTING<br>P.O. BOX 841843<br>DALLAS, TX 75284-1843 | TOMBALL INDEPENDENT SCHOOL DISTRICT<br>P. O. Box 276<br>Tomball TX 77377-0276 | TOMBALL RENTAL CENTER<br>27219 Tomball Parkway (Bus. 249)<br>TOMBALL, TX 77375 |
| TOTAL LIME<br>P.O. Box 841144<br>Pearland, TX 77584-0004 | TX TAG<br>P.O.Box 650749<br>Dallas, TX 75265-0749 | Texas Materials Group, Inc.<br>1320 Arrow Point Dr Suite 600<br>Cedar Park, TX 78613-2189 |
| Texas Mutual Insurance Company<br>2200 Aldrich Street<br>Austin, TX 78723-3474 | Texas Workforce Commission<br>PO Box 149037<br>Austin, Texas   78714-9037 | Tire & Wheel Connection<br>11330 FM 1960 West<br>Houston, TX 77065-3605 |
| Totz Ellison & Totz PC<br>2211 Norfolk Suite 510<br>Houston, TX 77098-4048 | Twister Waste Inc.<br>7227 Hermann Rd<br>Houston, TX 77050-4811 | (p)U S ATTORNEY S OFFICE<br>1000 LOUISIANA<br>SUITE 2300<br>HOUSTON TX 77002-5010 |

| | | |
|---|---|---|
| U.S. Bank, N.A. d/b/a U.S. Bank Equipment Fi<br>1310 Madrid Street<br>Marshall, MN 56258-4099 | UHS Premium Billing<br>PO Box 94017<br>Palatine, IL 60094-4017 | UNITED RENTALS + RSC EQUIPMENT RENTAL<br>P.O. BOX 840514<br>DALLAS, TX 75284-0514 |
| US Bank Equipment Finance<br>1310 Madrid Street<br>Marshall, MN 56258-4099 | US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | UnitedHealthcare Insurance Company<br>ATTN: CDM/Bankruptcy<br>185 Asylum Street-03B<br>Hartford, CT 06103-3408 |
| VERIZON WIRELESS<br>P. O. BOX 660108<br>DALLAS, TX 75266-0108 | VRI Corporation DBA Industrial Matt Co.<br>C/O Industrial Matt Co.<br>P.O. BOX 896<br>Clute, TX 77531-0896 | VULCAN/ICA DISTRIBUTION CO.<br>P.O BOX 849131<br>DALLAS, TX 75284-9131 |
| W. GENE HUMAN, JR.<br>2245 TEXAS DR. SUITE 300<br>SUGAR LAND, TX 77479-1468 | WM Corporate Services, Inc.<br>As Payment Agent<br>PO Box 660345<br>Dallas, TX 75266-0345 | WM TRUCKING & EXCAVATING INC<br>25400 JACK RD<br>HOCKLEY, TX 77447-9137 |
| Wells Fargo Equipment Finance<br>800 Walnut Street<br>Des Moines, Iowa 50309-3891 | Wells Fargo Financial Leasing<br>PO Box 77096<br>Minneapolis, MN 55480-7796 | World Fuel Services, Inc.<br>c/o J. Patrick Mensching<br>2 West 2nd Street, Suite 700<br>Tulsa, OK 74103-3117 |
| Julie M. Koenig<br>Cooper & Scully, PC<br>815 Walker, Suite 1040<br>Houston, TX 77002-5776 | Steve Galdersma<br>617 Paradise Ln.<br>Palacios, TX 77465-2136 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase Bank<br>PO Box 6026<br>Chicago, IL 60680 | (d)Chase Card Services<br>PO Box 6294<br>Carol Stream, IL 60197-6294 | De Lage Landen Financial Services, Inc<br>1111 Old Eagle School Rd<br>Wayne, PA 19087 |
| (d)De Lage Landen Financial Services, Inc<br>PO Box 41602<br>Philadelphia, PA 19101-1602 | INTERNAL REVENUE SERVICE<br>1919 Smith Street MS5022HOU<br>Houston, TX 77002 | IPFS Corporation<br>1055 Broadway<br>11th Floor<br>Kansas City, MO 64105 |
| (d)IRS<br>PO BOX 149047<br>AUSTIN, TX 78714 | (d)Internal Revenue Service<br>1919 Smith St.<br>Stop 5024 HOU<br>Houston, TX 77002 | (d)Internal Revenue Service<br>STOP 6692 AUSC<br>Austin, TX 73301-0030 |

| | | |
|---|---|---|
| John Deere<br>PO Box 6600<br>Johnston, IA 50131-6600 | Komatsu Financial<br>8770 Bryn Mawr Ave<br>Suite 100<br>Chicago, IL 60631 | Komatsu Financial<br>P.O. Box 99303<br>Chicago, IL 60693-9303 |
| RIO GRANDE ELECTRIC COOPERATIVE, INC<br>P.O. BOX 1509<br>BRACKETTVILLE, TX 78832-1509 | U.S. Attorney's Office<br>Southern District of Texas<br>1000 Louisiana, Ste. 2300<br>Houston, TX 77002 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Cokinos Young, PLLC | (u)John Deere Construction & Forestry Company | (u)Park Environmental Equipment LLC |
| (u)Plains State Bank | (u)Tomball Independent School District | (d)Komatsu Financial, L.P.<br>c/o Wright Law Group PLLC<br>P.O. Box 105603<br>PMB 84356<br>Atlanta, GA 30348-5603 |
| (d)Leonard Burts<br>31118 Alice Ln<br>Tomball, TX 77375-4059 | (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | (d)SUMMIT EQUIPMENT<br>11339 CUTTEN ROAD<br>HOUSTON, TX 77066-3705 |
| (d)Summit Equipment Company, LLC<br>11339 Cutten Rd.<br>Houston, TX 77066-3705 | (u)The Huntington National Bank f/k/a TCF Nat | (u)Jan Schneider<br>Haffner, Haffner, & Spearsm LLP |
| (u)Katherine Burts | End of Label Matrix<br>Mailable recipients   196<br>Bypassed recipients    13<br>Total                  209 | |