United States Bankruptcy Court
Southern District of Texas
**ENTERED**
May 22, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BURTS CONSTRUCTION, INC. | § | CASE NO. 22-31700 |
| Debtor | § | (Chapter 11) |
| | § | JUDGE LOPEZ |

## Final Decree

The Estate of the above named Debtor has been fully administered.

IT IS ORDERED THAT:

1. The Debtor, no later than fourteen (14) days after the date of entry of this Final Decree, shall file with the Clerk of the United States Bankruptcy Court a statement or post-confirmation affidavit of any disbursements made during each calendar quarter and of any fees payable under 28 U.S.C. § 1930(a)(6) for that quarter from January 1, 2024, through the date of entry of this Final Decree, and shall serve a true and correct copy of said statements on the United States Trustee.

2. The Debtor, no later than thirty (30) days after the date of entry of this Final Decree, shall pay the appropriate sum of quarterly fees due and payable under 28 U.S.C. § 1930(a)(6) by remitting payments to the United States Trustee Payment Center, P. O. Box 6200-19, Portland, OR 97228-6200 or via electronic payment. The payments shall reflect the Debtor's account numbers and shall be transmitted with a "Chapter 11 Quarterly Disbursement and Fee Report" available from the United States Trustee. This Court shall retain jurisdiction to enforce payment of fees assessed under 28 U.S.C. § 1930(a)(6).

3. The Chapter 11 case of the above named Debtor is closed.

Signed: May 22, 2024

_____
Christopher Lopez
United States Bankruptcy Judge